# Court of Appeals
# of the State of Georgia

ATLANTA, _September 26, 2019_

*The Court of Appeals hereby passes the following order:*

**A20E0006.  IN THE INTEREST OF J. M. E. H. et al., CHILDREN (MOTHER).**

Movant has filed a motion under Court of Appeals Rule 40 (b) and Rule 31 (i), seeking an extension of time in which to file an application for discretionary appeal. The movant's request for an extension of time in which to file an application for discretionary appeal is hereby ***GRANTED***, with the application for discretionary appeal due on or before October 18, 2019.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 09/26/2019 _*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*